| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Trenga, Anthony J. | U.S. District Court, ED VA | 04/28/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 401 Courthouse Square Alexandria, VA 22314 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | Miller & Chevalier Retirement Plan, no control |
| 2. | |
| 3. | |

Trenga , Anthony J.

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 04/28/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Potomac Sailmakers, salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | UVA School of Law | January 8-10, 2010 | Charlottesville, VA | 2010 UVA Nat'l Trial Advocacy College/CLE Program | Transportation, Food, Hotel |
| 2. | UVA School of Law | February 19-20, 2010 | Charlottesville, VA | Moot Court Program | Transportation, Food, Hotel |
| 3. | Virginia Association of Defense Attorneys | March 12-13, 2010 | Richmond, VA | Trial Tactics Workshop/ CLE Program | Food, Hotel |
| 4. | GMU Law & Economics Center | April 23-29. 2010 | Tucson, AZ | Seminar/CLE Program | Transportation, Food, Hotel |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 04/28/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #2 (IRA) | | | | | | | | | |
| 2. -Vanguard Prime Money Market Fund (VMMXX) | A | Interest | J | T | | | | | |
| 3. -COD I stock | B | Dividend | | | Sold | 04/20/10 | K | | |
| 4. -GLAD common stock | A | Dividend | J | T | | | | | |
| 5. -ARE.C preferred stock | B | Dividend | J | T | | | | | |
| 6. -ABW.A preferred stock | B | Dividend | J | T | | | | | |
| 7. -CBL.C preferred stock | A | Dividend | J | T | | | | | |
| 8. -OFG.G preferred stock | A | Dividend | J | T | | | | | |
| 9. -DDR.G preferred stock | A | Dividend | | | Sold | 04/13/10 | K | | |
| 10. -GOODO preferred stock | B | Dividend | J | T | | | | | |
| 11. -PRE.C preferred stock | A | Dividend | J | T | | | | | |
| 12. -American Gen. taxable bond | B | Interest | | | Sold | 02/25/10 | K | | |
| 13. -Barcly Perform taxable bond | | None | | | Sold | 06/25/10 | K | C | |
| 14. -Constltn Brds taxable bond | B | Interest | K | T | | | | | |
| 15. -Dayton Hudson taxable bond | B | Interest | K | T | | | | | |
| 16. -Elec Data Stp taxable bond | B | Interest | K | T | | | | | |
| 17. -Fund American Co taxable bond | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -GE Global Insu taxable bond | A | Interest | | | Redeemed | 06/15/10 | K | | |
| 19. -Genwrth Fnl taxable bond | B | Interest | K | T | | | | | |
| 20. -GTE Nthwest taxable bond | B | Interest | | | Redeemed | 06/01/10 | K | | |
| 21. -Markel Corp taxable bond | B | Interest | K | T | | | | | |
| 22. -Morgan Comdts taxable bond | | None | K | T | | | | | |
| 23. -Morgan Stanley taxable bond | | None | K | T | | | | | |
| 24. -Nabisco Inc taxable bond | B | Interest | K | T | | | | | |
| 25. -Nextel Commu taxable bond | B | Interest | K | T | | | | | |
| 26. -Premcor Refng taxable bond | B | Interest | | | Redeemed | 03/15/10 | K | | |
| 27. -SLM Corp Var taxable bond | | None | K | T | | | | | |
| 28. -Toyota Mtr Var taxable bond | | None | | | Redeemed | 04/14/10 | K | | |
| 29. -Verizon Vir taxable bond | A | Interest | K | T | | | | | |
| 30. -Xerox Corp taxable bond | B | Interest | | | Redeemed | 10/01/10 | K | | |
| 31. -FNMA Note STP | A | Interest | | | Redeemed | 08/18/10 | K | | |
| 32. -Amer Express | B | Interest | K | T | | | | | |
| 33. -Altria Group | B | Interest | K | T | | | | | |
| 34. -Hasbro Inc. | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Aetna Inc. | B | Interest | K | T | | | | | |
| 36. -Yum Brands | A | Interest | J | T | | | | | |
| 37. -Dominion Res | B | Interest | K | T | | | | | |
| 38. -Allied Waste | B | Interest | | | Redeemed | 11/15/10 | K | | |
| 39. -Waste Mgmt | B | Interest | K | T | | | | | |
| 40. -Wells Fargo | | None | K | T | | | | | |
| 41. -Waste Mgmt | A | Interest | K | T | | | | | |
| 42. -ConocoPhllps | B | Interest | K | T | | | | | |
| 43. Safeway, Inc. Note | A | Interest | | | Redeemed | 08/16/10 | K | | |
| 44. Johnson Controls, Inc. Note | B | Interest | K | T | | | | | |
| 45. CVS, Corp. Note | A | Interest | K | T | | | | | |
| 46. Midamerican Energy Note | B | Interest | K | T | | | | | |
| 47. Consolidated Natural Gas Note | A | Interest | J | T | | | | | |
| 48. Deere John Capital Corp. Note | B | Interest | K | T | | | | | |
| 49. BAB | B | Dividend | K | T | Buy | 01/08/10 | K | | |
| 50. VODA Phone GPP (Taxable Bond) | A | Interest | K | T | Buy | 01/26/10 | K | | |
| 51. Express Scripps (Taxable Bond) | A | Interest | K | T | Buy | 02/25/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. First Energy ███████ (Taxable Bond) | A | Interest | K | T | Buy | 03/19/10 | K | | |
| 53. PFF | B | Dividend | K | T | Buy | 04/14/10 | K | | |
| 54. | | | J | T | Buy | 05/05/10 | J | | |
| 55. Telephonica ███████ (Taxable Bond) | A | Interest | K | T | Buy | 05/11/10 | K | | |
| 56. Dow Chemical ███████ (Taxable Bond) | A | Interest | J | T | Buy | 05/19/10 | J | | |
| 57. General Money Market ███████ Deposit from a Qualified Plan | A | Interest | N | T | Spinoff (from line 207) | 05/28/10 | N | | |
| 58. Direct TV ███████ (Taxable Bond) | A | Interest | K | T | Buy | 06/01/10 | K | | |
| 59. Altria ███████ (Taxable Bond) | A | Interest | K | T | Buy | 06/11/10 | K | | |
| 60. Toyota ███████ (Taxable Bond) | A | Interest | K | T | Buy | 06/15/10 | K | | |
| 61. Citigroup ███████ (Taxable Bond) | A | Interest | K | T | Buy | 06/23/10 | K | | |
| 62. Autozone ███████ (Taxable Bond) | A | Interest | K | T | Buy | 06/17/10 | K | | |
| 63. HCC | A | Dividend | K | T | Buy | 06/21/10 | K | | |
| 64. Medtronic ███████ (Taxable Bond) | A | Interest | K | T | Buy | 06/30/10 | K | | |
| 65. PPL | A | Dividend | K | T | Buy | 07/07/10 | K | | |
| 66. GEEC Intrnts ███████ (Taxable Bond) | A | Interest | K | T | Buy | 07/09/10 | K | | |
| 67. GTE Corp ███████ (Taxable Bond) | A | Interest | K | T | Buy | 07/12/10 | K | | |
| 68. Pitney Bowes ███████ (Taxable Bond) | A | Interest | K | T | Buy | 08/05/10 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. FAX (Aberdeen Asia Pacitic Income Fund) | A | Dividend | K | T | Buy | 08/12/10 | L | | |
| 70. ADP | A | Dividend | K | T | Buy | 08/13/10 | K | | |
| 71. INTC | A | Dividend | K | T | Buy | 09/09/10 | K | | |
| 72. MRO | A | Dividend | K | T | Buy | 11/05/10 | K | | |
| 73. TLT | A | Dividend | K | T | Buy | 12/09/10 | K | | |
| 74. Brokerage Account #3 (IRA) | | | | | | | | | |
| 75. -Money Market (Robert W. Baird & Co.) | A | Interest | J | T | Spinoff (from line 175) | 10/22/10 | J | | |
| 76. -BGR stock | A | Dividend | J | T | | | | | |
| 77. -BALCX mutual fund | A | Dividend | J | T | | | | | |
| 78. -WSHCX mutual fund | A | Dividend | J | T | | | | | |
| 79. -Cptl Wrld Grwth & Incm C CWGCX | A | Dividend | J | T | | | | | |
| 80. -First Eagle Global C FESGX | A | Dividend | J | T | | | | | |
| 81. -Pimco Total Return C PTTCX | A | Dividend | J | T | | | | | |
| 82. Brokerage Account #4 | | | | | | | | | |
| 83. -Money Market (Robert W. Baird & Company) | A | Interest | J | T | | | | | |
| 84. -WSHCX | A | Dividend | J | T | | | | | |
| 85. -ISHS Brclys 20+ Treas TLT | A | Interest | | | Sold | 03/10/10 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Wells Fargo BK ▓▓▓ | | None | K | T | | | | | |
| 87. -Kraft Foods (KFT) | A | Dividend | | | Sold | 08/11/10 | K | C | |
| 88. -Philip Morris Intl (PM) | B | Dividend | K | T | | | | | |
| 89. -WGL Holdings (WGL) | A | Dividend | | | Sold | 10/12/10 | K | C | |
| 90. -Alliant Energy (LNT) | A | Dividend | | | Sold | 03/16/10 | K | D | |
| 91. -BCE Inc (BCE) | A | Dividend | | | Sold | 05/10/10 | K | D | |
| 92. -Central Fund of Canada (CEF) | A | Dividend | K | T | | | | | |
| 93. -Suntrust Bank ▓▓▓ | | None | K | T | | | | | |
| 94. -Pitney Bowes Inc (PBI) | A | Dividend | | | Sold | 10/18/10 | K | | |
| 95. -SAIC Inc (SAI) | | None | | | Sold | 08/18/10 | K | | |
| 96. -Unithed Health Group Inc. (UNH) | A | Dividend | | | Sold | 01/20/10 | K | D | |
| 97. -Cptl Wrld Grwth & Inc (CWGCX) | A | Dividend | J | T | | | | | |
| 98. -First Eagle Global C (FESGX) | A | Dividend | J | T | | | | | |
| 99. -Pimco Total Return C (PTTCX) | B | Dividend | J | T | | | | | |
| 100. -AT&T (T) | B | Dividend | K | T | | | | | |
| 101. -Walmart (WMT) | A | Dividend | K | T | | | | | |
| 102. ▓▓▓ (Fairfax VA Tax Exempt Bond) | A | Interest | | | Redeemed | 02/01/10 | J | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. ▮▮▮▮ (NYC NY Tax Exempt Bond) | B | Interest | K | T | | | | | |
| 104. -BRKZB common stock | | None | K | T | Sold (part) | 02/11/10 | K | D | |
| 105. -KO | B | Dividend | K | T | Buy | 04/20/10 | J | | |
| 106. -GE common stock | B | Dividend | K | T | | | | | |
| 107. -JNJ common stock | B | Dividend | K | T | | | | | |
| 108. -MCD common stock | B | Dividend | K | T | Sold (part) | 11/16/10 | K | D | |
| 109. -MSFT common stock | B | Dividend | K | T | Buy | 03/03/10 | J | | |
| 110. | | | | | Buy | 09/10/10 | J | | |
| 111. -PG common stock | B | Dividend | K | T | | | | | |
| 112. ▮▮▮▮ tax exempt Bd. (Hampton, VA) | A | Interest | | | Sold | 11/10/10 | J | | |
| 113. -SGENX mutual fund | A | Dividend | K | T | | | | | |
| 114. ▮▮▮▮ AP-5 Tax Exempt Bond (Norfolk, VA) | B | Interest | K | T | | | | | |
| 115. -TIP bond fund | A | Dividend | | | Buy | 03/23/10 | K | | |
| 116. | | | | | Sold (part) | 10/12/10 | K | D | |
| 117. -CVS common stock | A | Dividend | | | Sold | 03/04/10 | L | D | |
| 118. -ECA common stock | A | Dividend | | | Sold | 06/09/10 | K | B | |
| 119. -XOM common stock | A | Dividend | | | Sold | 12/29/10 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. ▮▮▮ (Tax Exempt Bond Va. St.) In Acct1 ▮▮▮▮ | A | Interest | | | Redeemed | 05/03/10 | K | | |
| 121. -First Eagle ▮▮▮▮ | A | Dividend | K | T | | | | | |
| 122. -CVE (Cenovous Energy) | A | Dividend | | | Sold | 07/25/10 | K | | |
| 123. -D common stock | B | Dividend | | | Sold | 04/07/10 | K | A | |
| 124. FISERV | | None | | | Buy | 01/08/10 | K | | |
| 125. | | | | | Sold | 05/06/10 | K | C | |
| 126. Lockheed Martin | A | Dividend | | | Buy | 01/13/10 | K | | |
| 127. | | | | | Sold | 12/29/10 | K | | |
| 128. Bank of Nova Scotia | A | Dividend | | | Buy | 01/22/10 | K | | |
| 129. | | | | | Sold | 03/26/10 | K | D | |
| 130. Texas Instrument | A | Dividend | | | Buy | 02/04/10 | K | | |
| 131. | | | | | Sold | 09/16/10 | K | B | |
| 132. Total SA Sponsored ADR | A | Dividend | K | T | Buy | 02/16/10 | K | | |
| 133. Glaxo Smith Kline (GSK) | A | Dividend | K | T | Buy | 02/17/10 | K | | |
| 134. Powershares VRDO Tax Free | A | Dividend | | | Sold (part) | 02/23/10 | K | | |
| 135. | | | | | Sold | 03/03/10 | K | | |
| 136. Transocean | A | Dividend | | | Buy | 02/25/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. | | | | | Sold | 12/09/10 | J | | |
| 138. BPPLC | A | Dividend | | | Buy | 03/02/10 | K | | |
| 139. | | | | | Buy | 05/13/10 | J | | |
| 140. | | | | | Sold | 06/09/10 | K | | |
| 141. First Energy | A | Dividend | K | T | Buy | 03/17/10 | K | | |
| 142. | | | | | Buy | 04/20/10 | J | | |
| 143. | | | | | Buy | 10/26/10 | J | | |
| 144. Fairfax, VA (Non-Taxable Bond) | A | Interest | K | T | Buy | 03/18/10 | K | | |
| 145. ishares Trust Barclays Tips | B | Interest | | | Buy | 03/23/10 | K | | |
| 146. | | | | | Sold (part) | 09/22/10 | K | B | |
| 147. | | | | | Sold | 10/12/10 | K | D | |
| 148. Century Link, Inc. (CTL) | A | Dividend | K | T | Buy | 04/07/10 | K | | |
| 149. | | | | | Buy | 04/29/10 | K | | |
| 150. Fairfax, VA (Tax Exempt Bond) | A | Interest | K | T | Buy | 04/13/10 | K | | |
| 151. Coca Cola | A | Dividend | K | T | Buy | 04/20/10 | K | | |
| 152. BOA CPI (Tax Exempt Bond) | A | Interest | K | T | Buy | 04/26/10 | K | | |
| 153. Telefonica SA ADR | A | Dividend | | | Buy | 05/07/10 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. | | | | | Sold | 07/13/10 | K | C | |
| 155. TEVA Pharma ADR | A | Dividend | | | Buy | 05/07/10 | K | | |
| 156. | | | | | Buy | 05/26/10 | K | | |
| 157. | | | | | Sold | 12/14/10 | K | | |
| 158. Fairfax, VA (Tax Exempt Bond) ▓▓▓▓▓ | A | Interest | K | T | Buy | 05/18/10 | K | | |
| 159. IAU (ISHRS Gold Trust ETF) | | None | K | T | Buy | 05/21/10 | J | | |
| 160. | | | | | Buy | 07/07/10 | K | | |
| 161. | | | | | Sold (part) | 10/07/10 | K | B | |
| 162. Smuckers JM Co. New | A | Dividend | | | Buy | 06/11/10 | K | | |
| 163. | | | | | Sold | 11/18/10 | K | B | |
| 164. L-3 Communications | A | Dividend | K | T | Buy | 08/18/10 | K | | |
| 165. | | | | | Buy | 12/20/10 | K | | |
| 166. Fort Bend, Texas (Tax Exempt Bond) ▓▓▓▓▓ | A | Interest | K | T | Buy | 08/24/10 | K | | |
| 167. Exelon | A | Dividend | K | T | Buy | 10/19/10 | K | | |
| 168. | | | | | Buy | 11/01/10 | K | | |
| 169. Danville, VA (Tax Exempt Bond) ▓▓▓▓▓ | A | Interest | K | T | Buy | 10/20/10 | K | | |
| 170. Fairfax, VA (Tax Exempt Bond) ▓▓▓▓▓ | A | Interest | K | T | Buy | 11/09/10 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. NUV (Nuveen Municipal Value Fund) | A | Dividend | K | T | Buy | 11/11/10 | K | | |
| 172. Abbott Laboratories | A | Interest | K | T | Buy | 12/14/10 | K | | |
| 173. ING Pension IRA | | | | | | | | | |
| 174. -Oppenheimer Global Port. - I | A | Dividend | | | Sold | 04/10/10 | J | | |
| 175. -Money Market Acct. | A | Interest | | | Distributed | 10/22/10 | J | | |
| 176. UBS Account #2 | | | | | | | | | |
| 177. -Money market acct. (UBS) | A | Dividend | J | T | | | | | |
| 178. -Am. Funds Cap Income Building Fund CL A Mutual Fund | | None | J | T | | | | | |
| 179. -Putnam New Opportunity Fund CL A Mutual Fund | A | Dividend | J | T | | | | | |
| 180. -Pace Large Co. Value Equity Investment Fund CL A | A | Dividend | J | T | | | | | |
| 181. UBS Account #3 (SEP) | A | Interest | J | T | | | | | |
| 182. -Pace Int'l Equity Investment Fund CL A | A | Interest | | | Sold | 10/14/10 | J | | |
| 183. -UBS Bank Deposit | A | Interest | J | | Buy | 10/14/10 | J | | |
| 184. Brokerage Account #6 | | | | | | | | | |
| 185. -Legg Mason Opportunity Trust Primary Class Mut Fund (LMOPX) | A | Dividend | | | Sold (part) | 08/25/10 | J | A | |
| 186. | | | | | Sold | 10/25/10 | J | A | |
| 187. -Morgan Stanley US Gov't Sec TR B Mutual Fund (USGBX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Janus Fund (JANSX) | A | Dividend | J | T | | | | | |
| 189. IBM common stock | A | Dividend | J | T | | | | | |
| 190. Dominion Resources Inc. common stock | B | Dividend | K | T | | | | | |
| 191. American Century Growth Mutual Fund (TWXCGX) | A | Dividend | | | Sold | 07/23/10 | J | A | |
| 192. Navy Federal Credit Union (IRA #1) (CD) | A | Interest | J | T | | | | | |
| 193. Navy Federal Credit Union (IRA #2) (CD) | A | Interest | J | T | | | | | |
| 194. Navy Federal Credit Union (IRA #3) (CD) | A | Interest | J | T | Buy | 01/12/10 | J | | |
| 195. Navy Federal Credit Union CD | B | Interest | M | T | | | | | |
| 196. Navy Federal Credit Union Accounts | B | Interest | K | T | | | | | |
| 197. Burke and Herbert Bank Account | A | Interest | J | T | | | | | |
| 198. Wachovia Bank Accounts | B | Interest | K | T | | | | | |
| 199. Brokerage Account #7 (401-K) | | | | | | | | | |
| 200. -AGTHX Mutual Fund | C | Dividend | | | Sold | 05/12/10 | M | | |
| 201. -ANCFX Mutual Fund | C | Dividend | | | Sold | 05/12/10 | M | | |
| 202. -AMECX Mutual Fund | C | Dividend | | | Sold | 05/12/10 | L | | |
| 203. -JAVLX Mutual Fund | A | Dividend | | | Sold | 05/12/10 | K | B | |
| 204. -AHITX Mutual Fund | A | Dividend | | | Sold | 05/17/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -EMIXX Money Market | A | Dividend | | | Buy | 05/14/10 | N | | |
| 206. | | | | | Buy (add'l) | 05/17/10 | J | | |
| 207. | | | | | Distributed | 05/25/10 | N | | |
| 208. Northwestern Mutual Joint Complife Insurance Policy | E | Dividend | N | T | | | | | |
| 209. New York Life Whole Life Policy | A | Dividend | | | Sold | 05/21/10 | J | C | |
| 210. Reliastar Life SEC DES II 08/2000 Nationwide | A | Dividend | J | T | | | | | |
| 211. SFT Holdings LLC Stock | | None | J | U | | | | | |
| 212. USAA S&P 500 Index Fund | A | Dividend | J | T | | | | | |
| 213. Robert W. Baird & Co. checking and cash management accounts | B | Interest | M | T | | | | | |
| 214. DRYFUSS money market accounts GGM ▓▓▓ & GMA ▓▓ | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 04/28/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Anthony J. Trenga

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544